1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL HOLLINS,

                 Petitioner,

       v.

JON DEMORALES,

                 Respondent.

Case No.   15-cv-03019-PJH

**ORDER FOR PETITIONER TO SHOW CAUSE**

This is a habeas case brought pursuant to 28 U.S.C. § 2254.  Petitioner was convicted in San Mateo County and is currently civilly committed at Atascadero State Hospital.  Petitioner states that he was set to be released from criminal custody on March 27, 2015, when he was instead transferred to Atascadero State Hospital without due process.  However, before petitioner may challenge his commitment, he must exhaust state judicial remedies.  *See Cranberry v. Greer*, 481 U.S. 129, 133-34 (1987); *Nelson v. Sandritter*, 351 F.2d 284, 285 (9th Cir. 1965).  It does not appear that petitioner has exhausted his claims.  He must show cause by **August 14, 2015**, why this case should not be dismissed without prejudice for being unexhausted.

     **IT IS SO ORDERED.**

Dated: July 22, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2015\2015_03019_Hollins_v_DeMorales_(PSP)\15-cv-03019-PJH-_osc-p.docx

1
2
3
4                          UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6

7    MICHAEL HOLLINS,                          Case No.  15-cv-03019-PJH

                        Plaintiff,
8
              v.                               **CERTIFICATE OF SERVICE**
9
10   JON DEMORALES,

                        Defendant.
11
12
           I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13
     District Court, Northern District of California.
14
           That on July 22, 2015, I SERVED a true and correct copy(ies) of the attached, by placing
15
     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
16
     depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17
     receptacle located in the Clerk's office.
18

19   Michael  Hollins ID: AT0653808
     Atascadero State Hospital
20   P O Box 7001
     Atascadero, CA 93423
21
22
     Dated: July 22, 2015
23
24                                             Richard W. Wieking
                                               Clerk, United States District Court
25
26
27   By:_____
                                               Nichole Peric, Deputy Clerk to the
28                                             Honorable PHYLLIS J. HAMILTON
                                               2